IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARIO A. VALENTI, | ) | CIVIL NO. 03-00485 ACK-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL V. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master was filed and served on all parties on July 28, 2008 and July 30, 2008 and no objections having been filed by any party.

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of Special Master Recommending That Plaintiff's Motion for Award of Attorney's Fees Be Denied Without Prejudice and That Plaintiff's Request to Grant Motion and Enter Judgment Be Denied" is adopted as the opinion and order of this court.

The Court RECOMMENDS that Plaintiff re-file his motion in accordance with the Local Rules.

```
```
```
IT IS SO ORDERED.

DATE:   Honolulu, HI August 25, 2008.
```

IT IS SO ORDERED.

DATE:   Honolulu, HI August 25, 2008.



_____
Alan C. Kay
Sr. United States District Judge

Mario A. Valenti v. Michael V. Astrue; Civ. No. 03-00485 ACK-KSC; Order Adopting Report of Special Master.