IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARIO A. VALENTI, | ) | CIVIL NO. 03-00485 ACK-KSC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL V. ASTRUE, Commissioner, Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

## ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on November 24, 2008 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of Special Master Recommending That Plaintiff's Motion For Award of Attorney's Fees Be Granted" is adopted as the opinion and order of this court.

Due for Adoption:

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 18, 2008.



_____
Alan C. Kay
Sr. United States District Judge